# EXHIBIT D TO NOTICE OF REMOVAL INSURANCE COMMISSIONER'S CERTIFICATE OF SERVICE



**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

null / ALL
Transmittal Number: 15919829
Date Processed: 11/28/2016

| | |
|---|---|
| Primary Contact: | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>2711 Centerville Road<br>Wilmington, DE 19808 |

| | |
|---|---|
| Entity: | State Farm Fire and Casualty Company<br>Entity ID Number 3461650 |
| Entity Served: | State Farm Fire & Casualty Company |
| Title of Action: | Monica Diaz Barriga Figueroa as Parent and Natural Guardian of Brayan Martinez vs. State Farm Fire and Casualty Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Franklin County Superior Court, Washington |
| Case/Reference No: | 16 250882 11 |
| Jurisdiction Served: | Washington |
| Date Served on CSC: | 11/28/2016 |
| Answer or Appearance Due: | 40 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Ned Stratton<br>509-734-1345 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscglobal.com

SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF FRANKLIN

| | | |
|---|---|---|
| MONICA DIAZ BARRIGA FIGUEROA | ) | |
| as parent and natural guardian | ,) | |
| of BRAYAN MARTINEZ, a minor, | ) | |
| Plaintiff, | ) | NO. 16 250882 11 |
| | ) | |
| vs. | ) | INSURANCE COMMISSIONER'S |
| | ) | CERTIFICATE OF SERVICE |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, a foreign insurance | ) | |
| company, | ) | |
| | ) | |
| Defendant. | ) | |

THIS IS TO CERTIFY that the Insurance Commissioner of the State of Washington has accepted service of

*SUMMONS; COMPLAINT FOR BREACH OF CONTRACT AND INSURANCE BAD FAITH;*

in the above-mentioned matter on NOVEMBER 21, 2016, on behalf of and as statutory attorney for

*STATE FARM FIRE & CASUALTY COMPANY*

an authorized foreign or alien insurer, and has forwarded a duplicate copy thereof to said insurance company pursuant to RCW 48.02.200 and 48.05.200.

ISSUED AT OLYMPIA, WASHINGTON: NOVEMBER 21, 2016

Tracker ID: 15198

Certification No: 70161370000125525160

MIKE KREIDLER
Insurance Commissioner

By

Nicole Rayl
Service of Process Coordinator

**Original to:**

NED STRATTON
ANDERSON LAW
5861 CLEARWATER AVENUE
KENNEWICK, WA 99336

**Copy to:**

STATE FARM FIRE & CASUALTY
COMPANY
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW
SUITE 304
TUMWATER, WA 98501

Tracker ID: 15198