FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONICA DIAZ BARRIGA FIGUEROA, as parent and natural guardian of B.M., a minor,<br><br>              Plaintiff,<br><br>      v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>              Defendant. | No. 1:17-CV-5057-SMJ<br><br>**STIPULATED PROTECTIVE ORDER** |

      Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Stipulation and Protective Order, ECF No. 10-1, is approved and incorporated in this Order by reference. It is further ordered that pursuant to Federal Rule of Evidence 502(d), the production of any documents in this proceeding shall not constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

ORDER - 1

1 **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and
2 provide copies to all counsel.
3 **DATED** this 22nd day of June 2017.

    _____
    SALVADOR MENDOZA, JR.
    United States District Judge