FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONICA DIAZ BARRIGA FIGUEROA, as parent and natural guardian of B.M., a minor,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>  Defendant. | No.  4:17-cv-05057-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 13, 2021, the parties filed a stipulated dismissal, ECF No. 54. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Defendant, **ECF No. 54**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.**   The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of September 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2